IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRIZZDAR,

        Plaintiff,                               CIV S-07-1452 MCE GGH

    vs.

MICHAEL J. ASTRUE,                        ORDER
Commissioner of Social Security,

        Defendant.

_____/

        Presently before the court is defendant's motion to remand pursuant to sentence six of 42 U.S.C. § 405(g), in order to locate the missing claims file in this case.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Defendant's motion to remand, filed April 17, 2008, is granted.

        2. This case is remanded under sentence six of 42 U.S.C. § 405(g), in order to locate the claim file.

\\\\\

\\\\\

\\\\\

\\\\\

1

3. If plaintiff's claim file cannot be located within 90 days of this order, the Appeals Council shall remand to an ALJ to reconstruct the claim file, conduct a new hearing, and issue a new decision.

DATED: 06/20/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Grizzdar1452.rem.wpd